SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
CHRISTOPHER T. SAKAUYE (State Bar No. 322314)
cts@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY STRATTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; IRIS, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:21-cv-5669-EMC<br><br>**DECLARATION OF CHRISTOPHER T. SAKAUYE IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO DISQUALIFY DOWNTOWN LA LAW GROUP FROM REPRESENTING PLAINTIFF**<br><br>Date:       December 16, 2021<br>Time:       1:30 p.m.<br>Dept.:      Courtroom 5, 17th Floor<br>              The Hon. Edward M. Chen |

## <u>DECLARATION OF CHRISTOPHER T. SAKAUYE</u>

I, Christopher T. Sakauye, declare:

1.       I am an attorney duly licensed to practice before all courts of the State of California and an associate with the law firm of Severson & Werson. I have personal knowledge of each and all of the facts stated in this declaration. If called as a witness, I could and would competently testify to the facts contained herein. I respectfully submit this declaration in support of Costco's Motion to Disqualify Downtown LA Law Group from representing Plaintiff in this action.

2.       Plaintiff filed this personal injury lawsuit against Defendant on March 15, 2021 , alleging causes of action for negligence and premises liability.

/ / /

1    3.    In connection with representing Costco in this matter, I became aware that DTLA

2  Law Group represents the Plaintiff.

3    4.    Plaintiff's Complaint was served on June 24, 2021.  No initial written discovery

4  has been exchanged.  As such, the costs associated with this case are relatively minimal.

5    I declare under penalty of perjury under the laws of the State of California that the

6  foregoing is true and correct.

7    Executed on this 18th day of November, 2021, at San Francisco, California.

8

9    SEVERSON & WERSON
   A Professional Corporation

10

11

By: _____

12    CHRISTOPHER T. SAKAUYE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF CHRISTOPHER T. SAKAUYE ISO DEFENDANT COSTCO WHOLESALE CORPORATION'S
MOTION TO DISQUALIFY DOWNTOWN LA LAW GROUP FROM REPRESENTING PLAINTIFF