1  SHARON C. COLLIER (State Bar No. 203450)
   scc@severson.com
2  CHRISTOPHER T. SAKAUYE (State Bar No. 322314)
   cts@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY STRATTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; IRIS, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:21-cv-5669-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO DISQUALIFY DOWNTOWN LA LAW GROUP FROM REPRESENTING PLAINTIFF**<br><br>Date: December 16, 2021<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5, 17th Floor<br>The Hon. Edward M. Chen |

The above-entitled action came on for hearing on Defendant Costco Wholesale Corporation's Motion to Disqualify Downtown LA Law Group from representing Plaintiff in this action. Appearances are as noted in the record.

Having considered the briefs submitted, arguments of counsel, and all other matters presented, IT IS HEREBY ORDERED that Defendant Costco Wholesale Corporation's Motion to Disqualify is GRANTED as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1.     Downtown LA Law Group is disqualified from representing Plaintiff in this action.

2.     All attorney and non-attorney personnel at Downtown LA Law Group are disqualified from representing Plaintiff in this action.

DATED: _____, 2021

                                            Honorable Edward M. Chen

75005.0059/15915205.1     2     Case No. 3:21-cv-5669-EMC

[PROPOSED] ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION TO DISQUALIFY ATTORNEY DAVID C. SHAY FROM REPRESENTING PLAINTIFF